UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT H. STRONG,<br>Plaintiff,<br>v.<br>NDOC, *et al.*,<br>Defendants. | Case No. 3:25-cv-00559-ART-CSD<br>**ORDER GRANTING**<br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Plaintiff, Robert H. Strong, and Defendant, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Faith Stickler, Deputy Attorney General, hereby stipulate that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear their own costs.

DATED this 28th day of July, 2026.

By: ______________________
Robert H. Strong (NDOC# 1021173)
Plaintiff, Pro Se

DATED this 28th day of July, 2026.
AARON D. FORD
Attorney General

By: /s/ Faith Stickler
Faith Stickler (Bar No. 14991C)
Deputy Attorney General
*Attorneys for Defendants*

**IT IS SO ORDERED.**

______________________
Anne R. Traum
United States District Judge

Dated on this 15th day of September, 2026